**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-01379-DOC-ADS                    Date:  August 11, 2023

Title: JERRY AVILES V. KINGFISHER MEDIA, LLC ET AL.

PRESENT:
THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On March 20, 2023, Plaintiff Jerry Aviles this action against Defendant Kingfisher Media, LLC ("Defendant") in the Superior Court of California, County of Orange, asserting a single of action based on an alleged violation of California Civil Code §§ 1750 et seq. (Dkt. 1-1) ("State Court Complaint"). On August 1, 2023, Defendant removed this action to federal court. *See* Notice of Removal ("Notice") (Dkt. 1).

Because it is not apparent that the amount-in-controversy was or would exceed $75,000, *see* Notice ¶ 2, the parties are **ORDERED TO SHOW CAUSE** why the amount in controversy is met here and why this case should not be remanded. Pursuant to this order, each party shall file a brief no more than 5 pages no later than August 17, 2023 at 12:00 p.m. PST addressing the Court's concerns.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                        Initials of Deputy Clerk: kdu

CIVIL-GEN